**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| COMPANION PROPERTY AND CASUALTY INSURANCE COMPANY (n/k/a SUSSEX INSURANCE COMPANY), | ) ) ) ) ) | Civil Action No.  3:15-cv-01300-JMC |
| Plaintiff, | ) ) | **COMPANION PROPERTY AND CASUALTY INSURANCE COMPANY'S CROSS MOTION FOR SUMMARY JUDGMENT AGAINST U.S. BANK NATIONAL ASSOCIATION** |
| vs. | ) ) ) | |
| U.S. BANK NATIONAL ASSOCIATION, | ) ) | |
| Defendant and Third-Party Plaintiff, | ) ) ) | |
| vs. | ) ) | |
| REDWOOD REINSURANCE SPC, LTD., SOUTHPORT LANE ADVISORS, SOUTHPORT SPECIALTY FINANCE, ADMINISTRATIVE AGENCY SERVICES, and  ALEXANDER CHATFIELD BURNS, | ) ) ) ) ) ) | |
| Third-Party Defendants, | ) ) ) | |

Plaintiff Companion Property and Casualty Insurance Company ("Companion"),  pursuant to Rule 56, Fed. R. Civ. P., cross moves for summary judgment on its Negligent Misrepresentation Claim (Count 4) against Defendant U.S. Bank National Association's ("U.S. Bank").  For the reasons set forth in Companion's response memorandum of law in opposition to U.S. Bank's Motion for Summary Judgment and the exhibits attached thereto (ECF No. 520), the admissions in U.S. Bank's Motion for Summary Judgment and undisputed facts dictate that the Court should enter summary judgment as to Companion's Negligent Misrepresentation claim as a matter of law.

Therefore, Companion requests the Court enter summary judgment in favor of Companion as to Companion's Cause of Action for Negligent Misrepresentation.

Respectfully submitted,

By: /s/Adam J. Hegler

MALLOY LAW FIRM
    Gerald Malloy (Fed. ID 5630)
    gmalloy@bellsouth.net
    108 Cargill Way
    Hartsville, SC 29551
    (843) 339-3000 (telephone)
    (843) 332-4646 (fax)

OF COUNSEL:
WILLKIE FARR & GALLAGHER LLP
    Todd G. Cosenza (*pro hac vice*)
    tcosenza@willkie.com
    Charles D. Cording (*pro hac vice*)
    ccording@willkie.com
    787 Seventh Avenue
    New York, New York 10019
    (212) 728-8000 (telephone)
    (212) 728-8111 (fax)

NELSON MULLINS RILEY &
SCARBOROUGH LLP
    David E. Dukes (Fed. ID 00635)
    david.dukes@nelsonmullins.com
    John D. Martin (Fed. ID 7651)
    john.martin@nelsonmullins.com
    Amanda S. Kitts (Fed. ID 9005)
    amanda.kitts@nelsonmullins.com
    Adam J. Hegler (Fed. ID 11401)
    adam.hegler@nelsonmullins.com
    Frank B. B. Knowlton (Fed. ID 2379)
    frank.knowlton@nelsonmullins.com
    Heyward D. Bonyata (Fed. ID 10692)
    heyward.bonyata@nelsonmullins.com
    Post Office Box 11070
    Columbia, SC 29211
    (803) 255-5524 (telephone)
    (803) 255-9163 (fax)

*Attorneys for Plaintiff*