**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**COLUMBIA DIVISION**

| | | |
|---|---|---|
| Companion Property & Casualty Insurance Company (n/k/a Sussex Insurance Company) | ) ) ) ) ) | Civil Action No.: 3:15-cv-1300-JMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| U.S. Bank National Association, | ) ) | |
| Defendant and Third Party Plaintiff, | ) ) ) | |
| v. | ) ) | |
| Redwood Reinsurance SPC, Ltd., Southport Lane Advisors, Southport Specialty Finance, Administrative Agency Services, and Alexander Chatfield Burns, | ) ) ) ) ) ) | |
| Third Party Defendants. | ) ) ) | |

## JOINT STATUS REPORT

In accordance with the Court's Order in this matter, dated January 30, 2018 (*see* ECF 549), Plaintiff Companion Property & Casualty Insurance Company (n/k/a Sussex Insurance Company) ("Companion") and Defendant U.S. Bank National Association ("U.S. Bank") respectfully submit the joint status report set forth below.

1. On September 22, 2017, Companion and U.S. Bank reached a settlement of the above-action, subject to the finalization and execution of a definitive settlement agreement. In

23730380.4

the months that followed, consistent with the email status updates that have been submitted to the Court, the parties worked collaboratively in an effort to finalize a settlement agreement. As part of this process, the mediator has provided guidance with respect to the documentation of certain terms of the settlement agreement.

2. On January 22, 2018, the parties submitted their proposed versions of the settlement agreement to the mediator. On January 31, 2018, the parties submitted a joint statement of issues to the mediator, which further described the remaining open issues that were reflected in the proposed versions and set forth a statement of support for each party's respective positions as to the open issues. Yesterday, February 4, 2018, the mediator authorized a supplemental submission by one of the parties. Once that is received, the parties understand that the mediator will assess whether there will be any additional submissions or whether the open items are ripe for a decision.

3. Once the outstanding issues are resolved, both Companion and U.S. Bank intend to finalize and execute the settlement agreement, and seek dismissal of the action.

Dated:    February 5, 2018.

Respectfully submitted,

By: /s/ Adam J. Hegler
**NELSON MULLINS RILEY & SCARBOROUGH LLP**
David E. Dukes (Fed. ID 00635)
david.dukes@nelsonmullins.com
John D. Martin (Fed. ID 7651)
john.martin@nelsonmullins.com
Amanda S. Kitts (Fed. ID 9005)
amanda.kitts@nelsonmullins.com
Adam J. Hegler (Fed. ID 11401)

By: /s/ Meliah B. Jefferson
**DLA Piper LLP (US)**
Michael M. Krauss (*pro hac vice*)
Peter J. Farrell (*pro hac vice*)
80 South Eighth Street, Suite 2800
Minneapolis, Minnesota  55402-2103
Phone: 612.524.3000; Fax:  612.524.3001
Email: michael.krauss@dlapiper.com
            peter.farrell@dlapiper.com

23730380.4

- 3 -

adam.hegler@nelsonmullins.com
Frank B. B. Knowlton (Fed. ID 2379)
frank.knowlton@nelsonmullins.com
Heyward D. Bonyata (Fed. ID 10692)
heyward.bonyata@nelsonmullins.com
Post Office Box 11070
Columbia, SC 29211
(803) 255-5524 (telephone)
(803) 255-9163 (fax)

**MALLOY LAW FIRM**
Gerald Malloy (Fed. ID 5630)
gmalloy@bellsouth.net
108 Cargill Way
Hartsville, SC 29551
(843) 339-3000 (telephone)
(843) 332-4646 (fax)

**WILLKIE FARR & GALLAGHER LLP**
Todd G. Cosenza (*pro hac vice*)
tcosenza@willkie.com
Charles D. Cording (*pro hac vice*)
ccording@willkie.com
787 Seventh Avenue
New York, New York 10019
(212) 728-8000 (telephone)
(212) 728-8111 (fax)

*Attorneys for Plaintiff*

**WYCHE, P.A.**
Wallace K. Lightsey (Fed. ID 1037)
Meliah Bowers Jefferson (Fed. ID 10018)
44 East Camperdown Way
Greenville, SC 29601
Phone:  (864) 242-8200; Fax:  (864) 254-6544
Email:  wlightsey@wyche.com
            mjefferson@wyche.com

**FAEGRE BAKER DANIELS LLP**
Julie R. Landy (*pro hac vice*)
90 South Seventh Street, Suite 2200
Minneapolis, MN 55402-3901
Phone: (612) 766-7000; Fax:  (612) 766-1600
Email:  julie.landy@FaegreBD.com

*Attorneys for Defendant and Third-Party Plaintiff U.S. Bank National Association*