# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| Companion Property and Casualty Insurance Company (n/k/a Sussex Insurance Company), | ) ) ) ) Civil Action No.: 3:15-cv-01300-JMC |
| Plaintiff, | ) |
| v. | ) |
| U.S. Bank National Association, | ) |
| Defendant. | ) |
| U.S. Bank National Association, | ) |
| Third-Party Plaintiff, | ) |
| v. | ) **ORDER** |
| Redwood Reinsurance SPC, Ltd.; Southport Specialty Finance; Southport Lane Advisors; Administrative Agency Services; and Alexander Chatfield Burns, | ) |
| Third-Party Defendants. | ) |
| Alexander Chatfield Burns, | ) |
| Crossclaim Plaintiff, | ) |
| v. | ) |
| Companion Property and Casualty Insurance Company (n/k/a Sussex Insurance Company), | ) |
| Crossclaim Defendant. | ) |

This matter is before the court to address the posture of this case now that "[t]he parties have finalized and executed the settlement agreement." (ECF No. 555 at 2 ¶ 1.) Based on this

1

information, the court is able to address internal docketing considerations and, accordingly, **IT IS ORDERED** that this action is hereby dismissed without costs and without prejudice. If the settlement is not fully consummated within ninety (90) days, either party may petition the court to reopen this action and restore it to the calendar. Fed. R. Civ. P. 60(b)(6). In the alternative, to the extent permitted by law, either party may within ninety (90) days petition the court to enforce the settlement. *Fairfax Countywide Citizens v. Fairfax County*, 571 F.2d 1299 (4th Cir. 1978).

Because it is entering this order to satisfy internal docketing considerations, the court advises the parties that it will not enter judgment starting the appeals clock in the matter until the parties convey that the case is fully and completely settled. In this regard, the court shall retain jurisdiction to make such further orders as may be necessary or appropriate.

    **IT IS SO ORDERED.**

*J. Michelle Childs*

United States District Judge

March 26, 2018
Columbia, South Carolina