UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Companion Property and Casualty Insurance Company (n/k/a Sussex Insurance Company, | ) ) ) ) | Civil Action No. 3:15-cv-01300-JMC |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| U.S. Bank National Association, | ) ) | |
| Defendant. | ) ) | |
| _____ | ) ) | |
| U.S. Bank National Association, | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| Redwood Reinsurance SPC, Ltd.; Southport Specialty Finance; Southport Lane Advisers; Administrative Agency Services; Alexander Chatfield Burns; and AON Insurance Managers (Cayman) Ltd., | ) ) ) ) ) ) ) | |
| Third-Party Defendants. | ) ) | |
| _____ | ) ) | |
| Alexander Chatfield Burns, | ) ) | |
| Fourth-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| U.S. Bank Trust National Association, | ) ) | |
| Fourth-Party Defendant | ) | |

The court has ordered that:

■ the Plaintiff, Companion Property and Casualty Insurance Company shall take nothing of the Defendant, U.S. Bank National Association as to the equitable estoppel claim (count 5) and the SCUTPA claim (count 6).

Third-Party Plaintiff U.S. Bank National Association shall take nothing of Third-Party Defendants, Southport Speciality Finance, Southport Lane Advisers, Administrative Agency Services and Alexander Chatfield Burns as to claims of apportionment and equitable indemnification.

Third-Party Defendant Alexander Chatfield Burns shall take nothing of Third-Party Plaintiff U.S. Bank National Association as to Burns' counterclaim for contribution, to the extent it is premised on his liability to U.S. Bank, and the remainder of Burns' counterclaims for breach of contract, conversion, unjust enrichment, breach of fiduciary duty, negligence and gross negligence and negligent misrepresentation are dismissed.

Fourth-Party Plaintiff, Alexander Chatfield Burns shall take nothing of the Fourth-Party Defendant, U.S. Bank Trust National Association and Burns' fourth-party complaint is dismissed for lack of personal jurisdiction.

Third-Party Plaintiff, U.S. Bank National Association shall take nothing of Third-Party Defendant, AON Insurance Managers (Cayman) Ltd., as to the amended third-party complaint and the complaint is dismissed for lack of personal jurisdiction.

Third-Party Plaintiff, U.S. Bank National Association shall take nothing of Third Party Defendants Redwood Reinsurance SPC, Ltd., Southport Specialty Finance, Southport Lane Advisers, Administrative Agency Services, and Alexander Chatfield Burns pursuant to Rules 41(a)(2) and 41(c) of FRCP.

This action was:

■ decided by the Honorable J. Michelle Childs, United States District Judge presiding.  The Court having granted in part the Defendant U.S. Bank's motion to dismiss, granted in part as to Third-Party Defendant U.S. Bank's motion to dismiss, granted in part as to Defendant/Third-Party Plaintiff  U.S. Bank's Motion to dismiss as to Burns' counterclaims, granted as to U.S. Bank's motion to dismiss Burns' Fourth-Party Complaint, granted as to Aon's motion to dismiss U.S. Bank's Amended Third-Party Complaint and granted as to Third-Party Defendant U.S. Bank's motion to dismiss as to Redwood, SLA, SSF, AAS and Burns.

Date: May 23, 2018

                                          CLERK OF COURT

                                          <u>s/Angie Snipes</u>
                                          *Signature of Clerk or Deputy Clerk*